... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... ... Good morning everyone. We're here today for oral arguments. We'll begin with case number one, Shipley v. Chicago Board of Elections. This is case number 17-3511. And we'll begin with Attorney Frankel. ... ... Good morning, Your Honors. Good morning. Nathaniel A. Frankel here on behalf of the Plaintiff Appellants. So today we're here regarding a case that happened for the occurred during March 23rd through March 29th, 2016 during the last federal presidential primary election. There were 2,000 volunteers that went to the Chicago Board of Elections to a warehouse to witness the mandatory 5% audit recount votes from both early voting machines and 25% of precincts on election day. Mr. Frankel, before we get too far into the substance, your opening brief notes that you're acting pro se, I'm not sure if that was just something left over. I want to just confirm with you please that you are representing all the remaining plaintiffs. I am representing all the remaining plaintiffs, Your Honor. You're very welcome. The purpose of the ...